IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALMALIK BRYANT,  )
  )
    Plaintiff,  )
  )
v.  )  Civil Action No. 3:15CV401–HEH
  )
SHERIFF WADE, *et al.*,  )
  )
    Defendants.  )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on August 11, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address or if he was released, etc. On March 25, 2016, United States Postal Service returned a March 16, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently moved. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                       /s/
                                      HENRY E. HUDSON
Date: April 12, 2016               UNITED STATES DISTRICT JUDGE
Richmond, Virginia